IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ISAAC RUSSELL,**                                                                                                        **PLAINTIFF**
**ADC 3 132326**

**v.**                              **CASE NO. 5:11CV00158 BSM/HDY**

**LARRY MANNING**                                                                                            **DEFENDANT**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young.  No objections were filed.  After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant's motion for reconsideration [Doc. No. 24] is DENIED.

Dated this 15th day of December 2011.

_____
UNITED STATES DISTRICT JUDGE