IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ISAAC RUSSELL,**                                                                                   **PLAINTIFF**
**ADC #132326**

v.                              **CASE NO. 5:11CV00158 BSM/HDY**

**LARRY MANNING**                                                                              **DEFENDANT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for summary judgment [Doc. No. 36] be GRANTED, and Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE.

2. Plaintiff's motion for an extension of time [Doc. No. 48] and his motion to compel [Doc. No. 49] be DENIED AS MOOT.

3. It is certified that an *in forma pauperis* appeal taken from this order and accompanying judgment is considered frivolous and not in good faith.

Dated this 2nd day of April 2012.

_____
UNITED STATES DISTRICT JUDGE