IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ISAAC RUSSELL,**                                                                    **PLAINTIFF**
**ADC #132326**

v.                        **CASE NO. 5:11CV00158 BSM/HDY**

**LARRY MANNING**                                               **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice.

IT IS SO ORDERED this 2nd day of April 2012.

_____
UNITED STATES DISTRICT JUDGE